UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
AETNA US HEALTHCARE      :

     -vs-                :       Civil No. 3:03cv 1020 (JBA)

ROSE DAVIS               :
```

**NOTICE TO COUNSEL**

D. Conn. L. Civ. R. 41 provides, in part:

". . . in civil actions in which deadlines established by the Court pursuant to Rule 11 appear not to have been met, the Clerk shall give notice of proposed dismissal to counsel of record. If such notice has been given and no action has been taken in the action in the meantime and no satisfactory explanation is submitted to the Court within twenty (20) days thereafter, the Clerk shall enter a judgment.  Any such judgment entered by the Clerk under this rule may be suspended, altered, or rescinded by the Court for cause shown."

The case above is subject to being dismissed under this rule. Unless satisfactory explanation of why it should not be dismissed is submitted to the Court within twenty (20) days of the date of this notice, it will be dismissed on **January 12, 2004.**

KEVIN F. ROWE, CLERK

By_____/s/_____
    Betty J. Torday
     Deputy Clerk

Dated at New Haven, Connecticut: December 18, 2003