UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Jan 15  3 55 PM '04
U.S. DISTRICT COURT

| | | |
|---|---|---|
| AETNA US HEALTHCARE | : | |
| -vs- | : | Civil No. 3:03CV1020 (JBA) |
| ROSE DAVIS | : | |

### ORDER OF DISMISSAL

A notice of proposed dismissal [5-1] of the above-captioned action having been sent to counsel and parties of record on December 18 2003, pursuant to D. Conn. L. Civ. R. 41(a) and,

No action having been taken by counsel subsequent to such notice and no satisfactory explanation therefor having been submitted to the Court within twenty (20) days of such notice;

It is ORDERED that this action be and hereby is dismissed without costs to any party.

SO ORDERED.

Dated at New Haven, Connecticut, this 15th day of January, 2004.

IT IS SO ORDERED

JANET BOND ARTERTON
UNITED STATES DISTRICT JUDGE