UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AETNA LIFE & CASUALTY COMPANY : | |
| Plaintiff, : | |
| : | CIVIL NO. 3:03CV1020(JBA) |
| V. : | |
| : | |
| ROSE DAVIS : | |
| Defendant. : | January 16, 2004 |

## REQUEST FOR ENTRY OF DEFAULT PURSUANT TO RULE 55(a)

The Plaintiff, AETNA LIFE AND CASUALTY COMPANY, in the above referenced action hereby requests that a default be entered against the Defendant, ROSE DAVIS, pursuant to Federal Rule of Civil Procedure 55(a) for failure to answer the Plaintiff's complaint dated June 2, 2003, which had a return date of 20 days after service. Service via certified mail was obtained July 25, 2003.

PLAINTIFF
AETNA LIFE & CASUALTY COMPANY

By:_____
Richard F. Tolisano
2 Congress Street
Hartford, CT 06114-1024
Juris No: 11822

## **ORDER**

The foregoing Request having been presented to the Court is hereby ORDERED: GRANTED/DENIED.

BY THE COURT

_____
Judge/Clerk

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed to Pro Se Defendant Rose Davis, 312 South Burris Avenue, Compton, CA 90221 on January 16, 2004.

Richard F. Tolisano
Attorney at Law
2 Congress Street
Hartford, CT 06114

C:\Hotdocs Answers\~h$d0000.hdd

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AETNA LIFE & CASUALTY COMPANY : | |
| Plaintiff, | : |
| | : CIVIL NO. 3:03CV1020(JBA) |
| V. | : |
| | : |
| ROSE DAVIS | : |
| Defendant. | : |

## AFFIDAVIT OF DEBT

The undersigned being duly sworn hereby deposes and says:

1. I am the Overpayment Specialist Supervisor at Aetna Life and Casualty Company.

2. Aetna Life and Casualty Company provided a Long Term Disability Plan (hereinafter "Plan") for the Defendant, ROSE DAVIS, which was in effect on or about March 16, 1998. This plan provided long term disability benefits to the employees of Kmart Corporation.

3. The Defendant, ROSE DAVIS, was receiving long term disability benefits under the Plan. Subsequently Aetna Life and Casualty Company discovered that the Defendant, ROSE DAVIS, had also been awarded Social Security Benefits. This is considered other income under the Plan. Plan benefits are subject to adjustment in the event that recipients are receiving income

from other sources such as Social Security Disability Benefits.

4. As a result of the Social Security Benefits, an overpayment was made to the Defendant, ROSE DAVIS, in the amount of SEVEN THOUSAND THREE HUNDRED FIFTY-SIX AND 58/100 ($7,356.58) DOLLARS.

5. The Defendant, ROSE DAVIS, signed a Reimbursement Agreement promising to repay any and all overpayments of Disability Benefits.

6. Despite demand, the Defendant, ROSE DAVIS, has failed to make any payments on this debt.

7. The above facts are true.

_____
Lori Carlson
Overpayment Specialist Supervisor
For Aetna Life & Casualty Company
Plaintiff

Subscribed and sworn to before me this 14th day of January, 2004

_____
Notary Public/Commissioner of the Superior Court
My Commission Expires
6/30/2008

Department of Defense Manpower Data Center

JAN-16-2004 05:57:03



Military Status Report
Pursuant to the Soldiers' and Sailors' Civil Relief Act of 1940

| Last Name | First | Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|---|
| DAVIS | ROSA | | | | |

Currently not on Active Military Duty, based on the Social Security Number and last name provided.

Upon searching the information data banks of the Department of Defense Manpower Data Center, the above is the current status of the Defendant(s), per the Information provided, as to all branches of the Military.

Kenneth C. Scheflen, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

**If you have information that makes you feel that the DMDC response is not correct, please send an e-mail to sscra.helpdesk@osd.pentagon.mil. For personal privacy reasons, SSNs are not available on this printed results page. Requesters submitting a SSN only receive verification that the SSN they submitted is a match or non-match.**