UNITED STATES DISTRICE COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AETNA LIFE & CASUALTY | : |
| Plaintiff, | : |
| | : CIVIL NO.: 3:03CV1020(JBA) |
| V. | : |
| | : |
| ROSE DAVIS | : |
| Defendant. | : JANUARY 23, 2004 |

## MOTION TO SET ASIDE ORDER OF DISMISSAL

The Plaintiff, AETNA LIFE & CASUALTY COMPANY, in the above referenced action hereby requests that the Court set aside the Order of Dismissal of January 15, 2004 for failure to file the Request for Entry of Default Pursuant to Rule 55(a). The Request for Entry of Default Pursuant to Rule 55(a) was mailed to the Court on January 16, 2004.

PLAINTIFF
AETNA LIFE & CASUALTY
COMPANY

By: _____
Richard F. Tolisano
2 Congress Street
Hartford, CT 06114-1024
Juris No: 11822

## ORDER

The forgoing Motion having been presented to the Court is hereby ORDERED: GRANTED/DENIED.

BY THE COURT

_____
Judge/Clerk

## CERTIFICATION

This is to certify that a copy of the foreging was mailed to Pro Se Defendant, Rose Davis, 312 South Burris Avenue, Compton, CA 90221 on January 23, 2004.

_____
Richard F. Tolisano
2 Congress Street
Hartford, CT 06114-1024
Juris No: 11822