UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AETNA LIFE | : |
| v. | : NO. 3:03cv1020 (JBA) |
| DAVIS | : |

FILED
FEB 5  3 05 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## ENDORSEMENT ORDER [DOC. #7, #8]

Request for Entry of Default Pursuant to Rule 55(b) [doc. #7] is DENIED for failure to show effective service on defendant pursuant to Fed. R. Civ. P. 4(m).

Motion to Set Aside Order of Dismissal [doc. #8] is DENIED for failure to show good cause. [See D. Conn. L. Civ. R. 7(b)(2)(3).]

IT IS SO ORDERED.

/s/ Janet Bond Arterton
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:   February 05, 2004